IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Urbanczyk, Kelly J | Case Number: 06 B 03672 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 4/6/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 20, 2008
Confirmed: June 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,330.00 | |
| Secured: | | 7,126.65 |
| Unsecured: | | 3,774.38 |
| Priority: | | 0.00 |
| Administrative: | | 1,744.00 |
| Trustee Fee: | | 684.97 |
| Other Funds: | | 0.00 |
| Totals: | 13,330.00 | 13,330.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Lynch P C | Administrative | 1,744.00 | 1,744.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 3,003.61 | 3,003.61 |
| 4. | Chase Bank | Secured | 1,095.24 | 1,095.24 |
| 5. | Chase Home Finance | Secured | 3,027.80 | 3,027.80 |
| 6. | ECast Settlement Corp | Unsecured | 9,773.75 | 1,074.98 |
| 7. | RoundUp Funding LLC | Unsecured | 4,543.74 | 499.76 |
| 8. | Chase Bank | Unsecured | 814.88 | 89.63 |
| 9. | Illinois Student Assistance Commission | Unsecured | 9,015.37 | 991.58 |
| 10. | ECast Settlement Corp | Unsecured | 734.59 | 80.80 |
| 11. | ECast Settlement Corp | Unsecured | 726.42 | 79.90 |
| 12. | Resurgent Capital Services | Unsecured | 1,847.72 | 203.23 |
| 13. | Chase Bank | Unsecured | 5,309.72 | 584.01 |
| 14. | Resurgent Capital Services | Unsecured | 931.21 | 102.42 |
| 15. | World Financial Network Nat'l | Unsecured | 339.60 | 37.35 |
| 16. | Charming Shoppes-Fashion Bug | Unsecured | 279.29 | 30.72 |
| 17. | Direct Tv | Unsecured | | No Claim Filed |
| 18. | Riverview Community Bank | Unsecured | | No Claim Filed |
| 19. | US Cellular | Unsecured | | No Claim Filed |
| 20. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| | | | $ 43,186.94 | $ 12,645.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Urbanczyk, Kelly J

Printed:  5/6/08

Case Number:  06 B 03672
Judge:  Wedoff, Eugene R
Filed:  4/6/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 75.66 |
| 5% | 138.77 |
| 4.8% | 200.78 |
| 5.4% | 269.76 |
|  | _____ |
|  | $ 684.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

